**Order entered January 17, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00834-CV**

**VANESSA TREVISO, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17584**

**ORDER**

By letter filed January 12, 2023, Tina Thompson, Official Court Reporter for the 134th Judicial District Court, informed the Court that no record was taken on the two dates appellant requested in her designation for the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file her opening brief on or before **February 16, 2023**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE